



CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 3 0 2016
EASTERN DIST. OF TEXAS
LUFKIN, TEXAS

district court of united states
eastern division lufkin, texas
in equity only

**W**illiam Bob Satterlee, claimant
**p**arty in interest

v

notice of lis pendens
writ of attachment

**D**avid Johnson, wrong doer; respondent, ...

re: Case Docket No.  # 22647-01F
       # 043507-01
       # 043507-01F
       # 22647-01

**Respondent address:**

David Johnson
Onalaska Municiple Court
372 FM 356 South  Suite 111
Onalaska, Texas 77960

[handwritten margin note: SPECIAL PRIVATE PROPERTY IN CONFIDENCE]

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY.  USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted  © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941.  User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.



**Notice to the Agent is Notice to the Principal;**

**Notice to the Principal is Notice to the Agent;**

**Applicable To All Successors; and Assigns;**

**And Third Party Interlopers.**

**All Are Without Excuse**

**Rule 53. Special Act or Law** A pleading founded wholly or in part on any private or special act or law of this State or of the Republic of Texas need only recite the title thereof, the date of its approval, and set out in substance so much of such act or laws as may be pertinent to the cause of action or defense.

**Source:** Art. 2000, unchanged. Oct. 29, 1940, eff. Sept. 1, 1941

<u>Typographical errors do not Void document.</u>

NOTICE TO ALL CONCERNED OR INTEREST PARTIES, known and unknown:

A **Notice and Claim of Lis Pendens Lien** on Tangible or Intangible Private Property pursuant to Texas Session Law Acts 1983., 68th Leg., p. 3491, ch. 576, Sec. 1, eff. Jan. 1, 1984 against the assets of any respondents which are, or may be, in their possession.

Claimant filed this Claim of Lis Pendens Lien in the form of a Writ of Attachment for the purpose of protecting and securing the Title to, and all interests the Claimant has in private property.

**NO THIRD PARTY INTERLOPERS ALLOWED**

**THE CAUSE FOR THIS ACTION IS AS FOLLOWS:**

Lis Pendens pursuant to Texas Session Law Acts 1983, 68th Leg., p. 3491, ch. 576, Sec. 1,eff. Jan. 1, 1984.See: Sec. 5.016.

Trespass upon property; and

Trespass upon rights; and

*[Handwritten margin note: SPECIAL PRIVATE PROPERTY IN CONFIDENCE]*

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.



    Trespass upon Liberty; and

    Trespass on Copyright; and

    Duress; and

    Mistake at Law; and

    Mistake in Fact; and

    Conspiracy; and

    Fraud, ...

"This Constitution, and the laws of the United States which shall be made in pursuance thereof;... shall be the supreme law of the land; and *the judges in every state shall be bound thereby...* The Senators and Representatives and members of the State legislature, and all executive and judicial officers of the United States and the several States, shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." The Constitution of the united States of America, Article VI, Cl 2, 3.

**THE PARTY IN INTEREST OF RECORD:**

**William-Bob: Satterlee, a man; claimant**

**THE KIND OF PROCEEDING: TORT**

**THE DESCRIPTION OF PROPERTY AFFECTED:**

    Trespass upon property; and

    Trespass upon rights; and

    Trespass upon Liberty; and

    Trespass on Copyright; and

    Duress; and

*[handwritten margin note: SPECIAL PRIVATE PROPERTY IN CONFIDENCE]*

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.



Mistake at Law; and

Mistake in Fact; and

Conspiracy; and

Fraud, …

Texas Constitution Art. 1 Bill of Rights §9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation.

**DEMAND IS MADE UPON YOU**, to immediately attach the same "instanter". Demand is made that you hold as security for Claimant in the above referenced action and do not release any of the above Private Property or interest in said, or documents; Until any action is settled by negotiation or final determination up to and including the supreme court of the united States of America, under rights protected under the common law, the Constitution of Texas and the united States of America.

This Claim of Lis Pendens Lien in the form of a Writ of Attachment shall be valid, any other provisions of statute or rule regarding the form or content of a "Notice of Lien" notwithstanding.

The Claim of Lis Pendens Lien in the form of a Writ of Attachment shall not be dis-chargeable until any action is settled by negotiation or final determination up to and including the supreme court of the united States of America, nor extinguishable due to Claimant's death whether accidental or purposely, nor dis-chargeable by Claimant's heirs, successors, assigns or executors.

**Caveat & Judicial Notice:** *Notice to any person, Federal or State Administrative agent(s), Law Enforcement Officer(s), Legislator(s), or Judicial Officer(s), who*

[handwritten margin note: SEIZURE PRIVATE PROPERTY IN CONJUNCTION]

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.



attempts to modify, circumvent, and/or negate this Notice of Claim of Lis Pendens Lien in the form of a Writ of Attachment, shall be deemed outlaws and/or felons and shall be prosecuted pursuant to the Public Law as codified at USC 42 1983, 1985, 1986 and subject to fine and penalties under the Federal Common Law of up to $10,000.00 fine per individual and up to 10 year imprisonment pursuant to the Public Law as codified at USC 18 § 241 & 242.

**Notice is given** to all parties including but not limited to all Courts of all Jurisdictions that any judicial actions which violate the rights of individuals protected by the constitution may be sued as a cause of action in civil court litigation against those performing said acts, without any form of immunity.  Federal and State officials sued in their capacities are "persons" subject to suits for damages under Public Law as codified at USC 42 § 1983; 11th Amendment does not bar such suits in federal court. Any official who attempts to modify or remove this Notice of Lis Pendens Lien in the Form of a Writ of Attachment is fully liable for damages at law pursuant to the MANDATORY RULING of the SUPREME COURT.  SEE: [USC 42 § 2000d-7, 2000e(i)]; Hafer v. Melo, No. 90-681, P. 4001(1991); Butz v. Ecohomy, 98 S/Ct. 2894: Bell v. Hood, 327 U.S. 678; Bivens v. Unknown Agents, 400 U.S. 862; Belknap v. Schild, 161 U.S. 10; U.S. v. Lee, 196; Halperin v. Nixon (1979) US.

**Memorandum of Law in Support**: Writs of attachment are but another form of Constitutional/Federal Common law [recognized by U.C.C.] Lien and SUPERSEDE statutory mortgages and equity liens, and may be satisfied only when paid and/or property is taken in lieu of monetary value and fully satisfied by taking of said property. SEE: Drummond Carriage v. Mills, (1878)N.W.99: Hewitt v. Williams, 47 La. Ann. 742, 17 So. 269; Carr v. Dail, 19 S.E. 235; Mcmahn v. Ludin, 58 N.H. 827. The **SUPREME COURT OF THE UNITED STATES** specifically **FORBIDS** judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds on title".  Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court(s) still may not proceed until the moving party has proven that the moving party asks for and comes "to equity" with "clean hands" based on the "clean hands doctrine" and "Power of Estoppel".  SEE: Rich v. Braxton 158 U.S. 375; Trce v. Comstock, 57 C.C.A. 646; West v. Washburn, App. Div. 460, 138 NY Supp. 230;

## NO THIRD PARTY INTERLOPERS ALLOWED

[handwritten margin note: SPECIAL PRIVATE PRIVACY IN CONFIDENCE]

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY.  USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941.  User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.

**Claimant to Seek Relief** in the amount of:

**4 Million Dollars($4,000,000.00)** plus applicable Tort(s)should this action proceed to trial, pursuant to The Coinage Act passed by the <u>United States Congress</u> on April 2, 1792.

Interpretation of this document is fixed. For table of authority submit a self addressed envelope to:

**William-Bob: Satterlee**
in care of:
post office box 1055
rural route 77360
near onalaska, texas, usA

any deviation of address will **void** request for table of authority.

<u>**This now being said all are without excuse.**</u>

I the undersigned Claimant verify that all the information and statements in this Instrument are true and correct to the best of my knowledge and belief under oath and affirmation pursuant to the Intent and the Law. All Statements made herein are made in good faith, the interest of justice and the public good. Notice to the Agent is Constructive Notice to the Principal. All God given inalienable rights and liberties retained,

Without Prejudice   UCC 1-308, 1-103.6

A peaceful inhabitant on the land,

Prepared and submitted By: ...........[signature]...........

**William-Bob: Satterlee**
in care of:
post office box 1055
rural route 77360
near onalaska, texas, usA

[handwritten margin note: SPECIAL PRIVATE PRIORITY IN CONFIDENCE]

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.



William-Bob: Satterlee, Living Principle autographing hereunder, here before a Notary Public under oath and affirmation, not for the purpose of submission to any foreign or local jurisdiction, does herewith state, declare, and affirm that all statements made herein are true, correct, and complete in accordance with the best of this Living Principle's knowledge and belief.

### NOTARY JURAT

Subscribed, Verified, and Averred to before this agent
__Robin Michelle Waller_____, testifying herewith as a duly commissioned and sworn resident agent and notary public in and for the county of __Trinity__, state of Texas by William-Bob: Satterlee, who proved to this agent on the basis of satisfactory evidence and personal knowledge that William-Bob: Satterlee moves into the record this Notice and Claim of Lis Pendens Lien by Writ of Attachment and I attest that William-Bob: Satterlee has read the contents of this instrument, verified the completeness and accuracy thereof, and moves same by free voluntary act, will, and conviction in express, plenary capacity.

I further attest that William-Bob Satterlee to be of sound mind and not under or subject to duress, fraud, intoxicating or undue influence; and I have inspected the document and ascertained there are no interlineations, erasures or other changes.

So done in my presence and attested to this __09th__ day of March, Two Thousand Sixteen A. D. In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public, state of Texas

Seal 

*Special Private Priority in Confidence*

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.

PRIVATE PERSONAL AND CONFIDENTIAL

Mr. David Johnson

Presiding Judge

Docket # 22647-01F
       # 043507-01
       # 043507-01F
       # 22647-01

This letter is lawful notification to you, David Johnson, and this notification requires your written response **WITHIN 5 (FIVE) DAYS** receipt of this document, specific to the subject matter.

Notification of legal/lawful responsibility is the first essential of due process of law. As silence is acquiescence under the law, silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be misleading, whether intentionally or not. Responses that are immaterial or irrelevant to the subject matter, or that are generally non-substantive, will be treated merely as a provision of information, and legally as a non-response, with willful intent to defraud.

In order to ensure unequivocal clarity, and to effect the removal of any and all assumptions and presumptions, you are hereby put on notice that this notification is not directed to the legal fiction, DAVID JOHNSON, but to you, David Johnson, in your private capacity as a non-fictional entity who has sworn an Oath of Office, and who, by virtue of that oath, has a mandate to serve the People that are of the Public.

The People's contracts, being the Ancient Charters and Statutes confirming the liberties of the Subjects (Biblical Law), Treaty of Paris 1783, the Maxims of Common Law, the Constitution of the united States of America with the Bill of Rights, the Constitution of the State of Texas, and every additional ordinance of man that inherently recognizes the supremacy of God and the preeminence of His Law, together with the mandated Oath of Office of the above named PUBLIC SERVANT, constitutes an unconditional and irrevocable offer of intent by the respective and adoptive governments and their officers to act, or to refrain from acting in a specified way toward private Citizens, and for other purposes, and is binding upon those who choose to be subject to it, as your Oath of Office has so bound you, as a PUBLIC SERVANT of our government.

[handwritten margin note: SPECIFIC PRIVATE PRIORITY INCONVIENCE]

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY. USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction of this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.

Be it therefore known by these presents, that I, William Bob Satterlee, a competent natural man/woman upon the land, do hereby and herein give formal Notice of Acceptance of the mandated Oath of Office of the above named PUBLIC SERVANT, David Johnson, Judge. The said Oath of Office being your open and binding and irrevocable offer, to which my acceptance does hereby ratify into a firm and binding, private, bilateral contract between us, by which you agree to uphold the Supreme Law of the Land, also known as the Constitution of the united States of America, with the Bill of Rights, and to perform all of your duties as a PUBLIC SERVANT, and to uphold and to protect all of my rights, and by which I agree to receive the said, and the implied protections and provisions of that law, and of my rights, both as and of the services of your Office, as the valuable consideration passing between us that consummates the acceptance of the contract as it was offered.

This, my Notice of Acceptance of your Oath of Office is made in good faith and explicitly without recourse. The contract now between us, now irrevocably consummated, pertains to your having knowledge of the law, and having the power to stop a wrong, and thus the duty to stop a wrong from being done, particularly where such a wrong results in, or causes any deprivations to my religious freedoms, and/or my civil rights, and/or my natural rights and liberties, the deprivation of which in whole or part, shall be deemed a breach of contract, a violation of substantive due process, a breach of public trust, and a breach of fiduciary duty, all or any of which you shall be held liable for, without recourse and without further notice.

William Bob Satterlee

_William Bob Satterlee_ (signature)

Before me, _Robin Michelle Waller_, a Notary Public duly authorized by the State of Texas, William Bob Satterlee, who has sworn to and subscribed in my presence, the foregoing document, on this ___29___ day of March in the year 2016.

ROBIN MICHELLE WALLER
Notary Public, State of Texas
My Commission Expires
October 15, 2017

Notary Signature

SPECIAL PRIVATE PROPERTY IN CONFIDENCE

PROPRIETORY, WORK PRODUCT AND INTELLECTUAL PROPERTY.  USE DOES NOT CONSTITUTE/CONFER LEGAL ADVICE
Pub Ser Questionnaire-Public Officials Charter City of Onalaska, republic / state of texas Copyrighted  © 2013/2016 proprietary, work product and intellectual property william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. No use of or reproduction of this document of any nature allowed without the express written consent of william-bob:, executor, living beneficiary, donor of the WILLIAM BOB SATTERLEE CESTUI QUE VIE TRUST/ESTATE NO. xxxxx3941. User Fees of $1,000,000.00 in silver and gold coin minted pursuant to the Coinage Act of 1792 per person or occasion for anyone reproducing the same in violation of  Copyright Laws and or issuing any financial instruments or forms of economic and financial gain from the same. All Rights Explicitly Reserved in Law. All violators will be prosecuted to the fullest extent of the law.

In the name and by the authority of



# The State of Texas

## OATH OF OFFICE

I, David G. Johnson, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Municipal Judge for the City of Onalaska, State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Affiant

SWORN TO and subscribed before me by affiant on this 19th day of June, 2012.



_____
Signature of Person Administering Oath

**Roy Newport**
Printed Name

**Mayor**
Title